IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KIRSCH,<br><br>     Plaintiff,<br><br>v.<br><br>TENNECO INC., ROY V. ARMES, THOMAS C. FREYMAN, DENISE GRAY, BRIAN J. KESSELER, MICHELLE A. KUMBIER, DENNIS J. LETHAM, JAMES S. METCALF, ALEKSANDRA A. MIZIOLEK, CHARLES K. STEVENS, III, JOHN S. STROUP, AND JANE L. WARNER,<br><br>     Defendants. | C.A. No.: 22-cv-399-MN |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Robert Kirsch hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: June 21, 2022

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Counsel for Plaintiff*